**\*E-Filed 10/1/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE for HIS ASSET SECURITIZATION CORP. TRUST 2006-WMC1,<br><br>    Plaintiff,<br>    v.<br><br>ARTURO H. PINEDO, et al.,<br><br>    Defendants.<br>_____/ | Case No. 5:09-CV-03954-RS<br><br>**NOTICE RE: REPORT AND RECOMMENDATION FOR SUMMARY REMAND** |

The Report and Recommendation filed herein on September 18, 2009 correctly stated that this case was removed from Monterey Superior Court; however, it inadvertently stated that the matter should be remanded to Santa Clara Superior Court. Remand should be made to Monterey Superior Court.

Dated: October 1, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE